No. 96–7357. DAVID *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–7358. GRAHAM *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–7360. FRANK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7361. FINNERAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7362. HARPER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7363. LaBAYRE *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 96–7364. ROBERTS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7365. PERKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7366. MONCLOVA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 96–7368. VALDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7371. WALTERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7372. BOYCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7373. WRENN ET AL. *v.* FREEMAN, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7374. AMIRI *v.* UNITED STATES MARSHALS SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 96–7375. ROTHBERG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7376. CHERISSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.